MC-275

Clerk Please Conform & Return a Copy

**Name** RAYMOND DWADE NELSON ProSe
PAG — PRIVATE ATTORNEY General
**Address** WILDCATTERS DRILLING MINNING-MFG. Port-Road Pipeline
(307) 251-6146 Bx 782 Rock Springs, Wyoming 82902

E-filing

FILED
JW
5 NOV —
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
[NORTHERN] DISTRICT OF CALIFORNIA

False Imprisonrs George BUSH-Gonzales Arnold SCHWARTZENGERS
NORTHERN-WESTERN (CUBAS) GUMTOMABLE, DUBLIN PRISON)
**CDC or ID Number** ARX-006 col DB-383 Colorado Montana H20 549

UNITED STATES DISTRICT Court, STATE OF CALIFORNIA, San Francisco

JW TRO
efforcement HENDERSON
OTC AKAMEDIA-DENVER
OF H20 549 dept (affects)

CV 07 5581 (PR)
San Francisco, California

**PETITION FOR WRIT OF HABEAS CORPUS** (Mandate)

NELSON wheelchair ADA arguous "Swede" RAYMOND
**Petitioner** 42 USC § 12123 + § 1983

Replevin of Wheelchair,
LAP TOP, House Car 4x6 & Content
Pioneer Wa 4x4 Siezed & Impounded

vs.
**No.**
(To be supplied by the Clerk of the Court)
Associate Lead Case H 33 366

The Commander in Chief George BUSH,
US Postmaster PAG Ross-Gonzales-Brown
**Respondent** GOVERNORS COLORADO-WYOMING
SCHWARZENEGER, Nevada - Lead Respond
MILLS LANE-GAFFEY SANDERS (state bars Cal-Nev. & WY-Co)
SECRET SERVICE
USA
INSURANCE COMMISSION(S) QUACKENBUSH/Doe 23
SECRETARY OF STATE(S) CA-CO-WY,
MAYOR(S) BROWN - Dellens - JACKS - SANHOS De510

Judicial Notice of
(ABROGATED States) Overturn
immunity in Re BECKFORD
549 F. Sup 2d 170

Younger Abstention
Hol. Gen. 39

Packed Smoke # 33

**INSTRUCTIONS — READ CAREFULLY**
- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Pg 1/33

Page 1 of 6
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

Continues NELSON-WDM-vs People Calif-Colorado, Ross et al

1. 1) Petitioner Douglas "Snake" Raymond NELSON
2. natural Person & Private Attorney General (acts) 42 US 812132
3. & ADA, Disabled - One Legged - Insulin Dependent Diabetic
4. & Fictious Person, Self Corp (Ltd) Calif - Nev & Colorado
5. Licensed Mining - Drilling - Railroad, engineering Contractor
6. "A" gen Engineering # A 303736, Kings Beach - Incline Village, Calif
7. Aspen - Vail - Bolder Colorado. IRS 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 &
8. dob Retired Humboldt #616, Search & Rescue 5/6/45 ...
9. Pacific Ring of Fire, Headquarters 50+ years @ Walnut Creek, Ca 94596
10. Calif D.L. B4521878 I.D. Wyoming & Colorado & Missouri
11. FAA # _____ Private Pilot (307) 251-6146, Yellow Pages
12. (all 7 Denver, Colorado DEX in Welding (Blacksmith) - Repair)
13. 2) Arrest, 1st Aug Midnight, Alamedia Blvd @ I-11 South Cor
14. & Interstate Highway 25, Denver County, Colorado on
15. Alamedia County Restitution (DQB 383) Debtors Warrant
16. & Incarcerated @ Denver County Jail - Hospital 1Aug - 10Aug
17. && Extendite PC§1381 to Alamedia (Santa Rita - Camp Parks)
18. in *Administrative Segregation Via United Airlines w/o Gen. Warrant
19. Deputies Mr. - Ms Tucker, Alamedia Sheriff. 10th Aug 2007
20. in (Because of ADA handicap Prostetics Right Leg)
21. 3) Custody is Criminal; for a Visa-Visa Civil action
22. upon our Notice emailed of Intent to File Suit
23. (Provided in Discovery 14th Aug, DA Ross et al) Exhibit ____
24. (15th of May to Car Store, owner Alavirez & Western Union - Safeway
25. Store, (May Payment $100°°) Now Conveyed By Alvertz - et al
26. now Doing Business as Ralvertz@aol.com  276-3444 ...
27. a) Despite Grant & Signature Loan #2896789 $5000°° Promissary
28. Note #70552, Receipted #ø5602)/ Backed Wells Fargo ... #352
    Bank Statement, 0014°°° 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 Account Owner.

Pg 2/33
Petition Writ of Habeas Corpus

Continued NELSON-WDM -V- People Calif-Colorado, ACES-etal

DOUGLAS "SCOLE" RAYMOND NELSON

1. 3 b] Count 1, FORGERY-PC§ 470(d), Check No 552 for $5000
2. Count 2, GRAND THEFT AUTO PC§ 487(d)
3. LAND ROVER (2000) DISCOVERY
4. Declaration of PROBABLE CAUSE, CVC §10851(a)
5. PC§ 476 & 496, of SAN LEANDRO POLICE, #222 ALDRED
6. VALUE $11,141.50 <$5000> = $6,141.52
7. DATED 17 MAY 07
8. I  c] HAYWARD, HALL of JUSTICE "STATE of CALIF SUPERIOR"
9. Dept(s) 501 13th Aug - 20th Aug (dry run 24th Aug 07) high Noon
10. Dept 509 27th Aug, HONORABLE SANDERS
11. Dept 511-911-913 (?) 25th SEPT 07
12. 3  D] DQB-383 / ARX-006 2-07 H-... 464
13.     CII 08528071, 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
14. 3  E] on or about 24th APRIL 07th
15. 3  F] UNSENTENCED <PLEA WITHDRAWAL> 3rd Oct
16. 3  G] UNKNOWN "Offer 9mos County Jail"
17. 3  H] UNKNOWN "Offer 3/3 = 6mos = 1st December Jan 07-08
18. 4) Not Guilty - Nolo Contendere Withdrawn 25th Sept
19. 5) No Trial

21. 6) Ground #1, UNLAWFUL CAR STOP <fishing expedition
22. 6A) Profiling> of US MARINE CORPS, CAMOPHLOGED
23. Dodge 4x4 POWER WAGON, WITH LOAD of MINNING, ICE Co,
24. DRILLING & WELDING & BROADBAND COMPAQ COMPUTER(S)
25. Which was Converted by ALAMEDIA SO, DEPUTIES; 15th AUGUST
26. Mr & Ms TUCKER; GRIEVENCE #076-57383, COLON SABOTAGE
27. DENVER Police Doe WMA #1, #2 & #3, ALLEGED VCode
28. VIOLATION "NO LICENSE PLATE LAMP", which is "EXEMPTED" in Military
    VEHICLE(S), where LICENSE is at HEADLAMP HEIGHT, on TAILGATE

Pg 3/33
PETITION WRIT of HABEAS CORPUS                    Page

Continues NELSON-WDM -V- People Calif-Colorado

1. ie PREJUDICE, witnessed BY NO Vehicle Code Citation
2. & Removal of Petitioner, From PAIN MEDICATION, ofe
3. RECENT SURGERY, of FROST BITE. on or about MIDNIGHT *
4. *[ GRAVEYARD SHIFT EMPLOYMENT 1st Aug (PDST) to AVOID
5. HEAT-SPELL of 100° Temperatures on WELD & METAL JOBS
6. FORGEING <BLACKSMITHING> of RAIL SECTIONS since
7. ~15th July 07 @ Denver - LITTLETON 80122] @ 7-11 STORE
8. (South Land Corp Reno Nevada/Tahoe) [whom we are Sub Contractor for]
9. @ Denver's ALAMEDIA BLVD @ Hwy 25 "SITES" V City & County,
10. & UNION PACIFIC RAILROAD YARDS, VIA-DUCT / OVER-CROSSING.

11. 6B) UNLAWFUL SEARCH / SEIZURE, ie NO PROBABLE CAUSE Violation of Civil
12. RIGHT(S) 42 US §1983, Calif Constitution Article 1
13. PROMULGATION of MAGNA CARTA - HABEAS ACT, WILLFUL
14. OPPRESSION, OBSTRUCTION of JUSTICE PC §182, & ASSOCIATED
15. DENIAL of "SOCIETY" of FRIENDS / TOOLS / FAMILY, &
16. ie LEGAL Resources of FARRETTA Motion, Pro Per Orders
17. CALIF / COLORADO / US EVIDENCE CODES
18. i. Discovery of RESTITUTION WARRANT D08383
19. IS & WAS "FRUITS of POISON TREE, filed 28 May 07
20. BY DA - STATE BAR # 104513 HARTMA, R.L., ALAMEDIA County
21. @ Midnight 1st Aug @ Denver, ALAMEDIA Blvd / as Hwy 25
22. Resulting in "FALSE Imprisonment / KIDNAPPING
23. Violation of "LINDBERG Act" Inter State §1381 PC
24. PC §182, CONSPIRACY To "DO CRIMINAL ACT"
25. BY ALAMEDIA S.O. MR-MS TUCKER'S, Deputies.
    (as Reported to FBI @ San Francisco ~ 9-11-07) & TRD

26. 6.1 GROUND #2, FALSE CRIME REPORT, CVC §10851, of City of San LEANDRO Top Raided $20,000
27. Subject of "Declaration of PROBABLE CAUSE" for - No Bail -
28. PC §1381 - FUGITIVE WARRANT [$20,000 HOLD 15th Aug]
    & ASSOCIATED Wire-email-fax & Phone FRAUD by "Pocket Cam"
    upon Booking <fee $30> # 1551691 Colorado, Denver P.D., 1st Aug

Page 4/33

Petition Writ of HABEAS CORPUS                            Page 4

Douglas "Sarah" RAYMOND NELSON

CONTINUES NELSON-WDM-Vs People Calif-Colorado

*Douglas "Snake" Raymond NELSON*

1. GROUND #2; continued & City Manager JERMANIS #201, 100%
2. 6.1.a) PERJURY of Detective #222 ALDRED, 17th MAY
3. UPON SIGNATURE of / Violation OATH of OFFICE, P.O.S.T.
4. CALIFORNIA Peace Officer #233,] THAT COUNT #2
5. CVC §10851 OCCURED. Whereas, EVEN IF FRAUD
6. WAS (FOR SAKE of ARGUMENT) USED to OBTAIN CONSENT
7. OF OWNER, IT IS FUNDAMENTAL COMMON LAW
8. THROUGHT INTER STATES, A CRIME is Not COMMITED
9. "But ONLY a CIVIL ACTION" 228 CA 2d 719 & 4 CA 3d 534
10. AS CAR STORE OWNERS ALVEREZ, gave CONSENT
11. N23 or 22nd April @ WALNUT CREEK, CA to PETITIONER(s)
12. i. UPON SIGNATURE of Vehicle-Vessel (DMV 262) TRANSFER-REASSIGNMENT FORM, ID #24173
13. (OPEN DISCOVERY of ROSS-HARTMAN D.A.s 14th Aug 07)
14. ii. UPON LO-JACK, Addendum to Contract of Sale & INSTALLATION in/on LAND ROVER. DISCOVERY
15. to PREVENT THEFT BY CAR STORE EMPLOYEE(s)
16. WWW. CARESTOREUS. COM / RALVEREZ. Aol. com
17. iii. UPON, RANALFO (aka FITO) ALVEREZ, owner alledged "the CAR STORE" & Police Report STATEMENT
18. @ SAN LEANDRO P.D., 17th MAY [after Western Union
19. @ SAFEWAY Payment was Made for MAY) N 15th MAY @ WYOMING'S,
20. RAWLINS CITY MARKET, Western Union] ie No Intent to defraud
21. 6.1.b) "That he Picked (MySelf) PETITIONER UP @ HOME "WALNUT
22. CREEK & DROVE ME to THE CAR STORE, & GAVE (23rd April)
23. DELIVERY of LAND ROVER, which broke DOWN WITHIN
24. 5 minutes (Defective STEERING Wheel Lock #2000 of REPAIR)
25. AT LONGS DRUGS, REPORT 07-19455, Officer #175
26. Det ALDRED #222 PG 3/3 INVEST-FOLLOW UP. FALSIFICATION
27. (REPORTED to RISK MANAGEMENT City of SAN LEANDRO)
28. iv. DA ROSS. was NOTICED, 14th Aug THAT Western UNION. INTER STATE, FUNDS, were CONVERTED, BY ALVEREZ or PRYOR et al & PC 8182, FALSE CRIME REPORT-

Page 6/33
PETITION WRIT of HABEAS CORPUS

CONTINUES NELSON AND M V's PEOPLE CALIF/COLORADO

∴ No Time to Prepare

GROUND #3 FALSE CRIME REPORT, BAD 'FRAUDULENT' CHECK
WithHOLDing of EVIDENCE BY DA OPNOFF-Ross

6.2.a) THE CHECK WAS "PROMISSARY NOTE" NOT DEMAND DEPOSIT. COMPLAINTANT WAS NOT PRESENT (Ms PRYOR) DURING "Deal Making/Closing by the CAR STORE OWNER (FITO) ALVEREZ." IT WAS UNDERSTOOD ($19,000 THAT FUNDS) WERE ON "HOLD" BY WALNUT CREEK WELLS FARGO, ~$20,000, ACCOUNT 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 BANK STATEMENT WAS BASIS of "SIGNATURE LOAN", no TRADE-IN or UPFRONT CASH, ALTHOUGH OFFERED "Evidence Witheld by San Leandro, Detective #222 ALDRED, WALT, from Discovery or DA's Ross AND HARTMAN, BANK STATEMENT 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 Savings #....352.

6.2.b) PURSUANT to E-mail Notice, BANK MANAGER was ATKINS, UNLAWFULLY EXTENDING "HOLD" ADDITIONAL 10 days, 25th APRIL 9:3/AM.

PURSUANT TO CALJAC §1970, Defense is That Funds WERE ON DEPOSIT 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 $15,000 to $20,000 & NOT INSUFFICIENT, BUT TO COVER-FULL PAYMENT & REASONABLE EXPECTATION OF PAYMENT & ACTUALLY believed THE BANK WOULD PAY, (i) No Intent to Defraud.

WHEREIN, the CAR STORE ALVEREZ, was HOLD and "NOTICED" in email (Provided in Discovery) THAT PAYMENT WAS ON HOLD THEN PETITIONER WAS NOT GUILTY OF CRIMINAL ACT #PC §476 CALJAC §1970

Informed Payee About HOLD
People V's POYET (72) 6 Cal 3d 530
People V's Pugh (02) 104 Cal App 4th 66

ADDITIONALLY, the CAR STORE was NOTICED to Pick-Up the Vehicle @ SALT LAKE CITY &or PROVIDE PARTS WHICH ALVEREZ/PRICE Refused

SUA SPONTE, duty of Court, to NOTICE Defense

Page 7/33
PETITION Writ of HABEAS CORPUS         Page

CONTINUES NELSON-WDM Vs People Cruf/Colorado

DOUGLAS "SWEDE" RAYMOND NELSON

GROUND #4, Denial of Pro-Per Access to Law Library Phone, Collect & Otherwise
6.3.a) & Constitutional Rights, Upon Court Order Granting Facratta Motion, & Notice Verbal 13th Aug / 14th Aug & Written 20th Aug to Inmate Services Deputy Boyd, w 16th Aug Deputy Boyd Verified Pro-Per Status Charles C Plummer, & Peace new sheriff AHERN But, Sheriff Alameda County Wasted The Asset of Brick & Mortar, Browsing Law Library 7 May 2004, And have Non-op AT&T Long Dist

6.3.b) In Violation of "Adequate & or Phone calls Law Library", Constitutional Rights, of Bounds Vs Smith 430 US 810.

Furthermore: Writs of Habeas Corpus are Denied By ConTracker "Legal Research Associates" PC §182 / US 42 §1983 Further Continuous / Cumulative PREJUDICE.

GROUND #5, Denial of Truth in Evidence, on Cases at BAR wherein, OPD was Vehicle #5, & CAUSATOR OF HERIFICE w HWY580 CRASH. After, Bump-SPIN-OUT Without Authorization CVC §21651 etc. WRONG WAY & GBI, CDC §10851...

Police Malone He FLED the Scene of 5 car Pile-Up west on Hwy 580 exited & Re-Entered East Bound to SURPRISE see CARNAGE & People Trapped in Burning Vehicles, 22nd Jan 06 NCIC 9370, 1:30am CHP Leandusk PB14R22 Lines 25-32 OPD Malone #B553P / case #06251 353 east of 38th Ave Over Crossing

Avered & Verified
11th Sept 2007   @ Douglas Swede Raymond Nelson
at Camp Parks Township   ⓧ D Swede Rakeman Ray Nelsonovich
30th Oct 2007            de Swede Johansen Ray NelsonovicH

Page 8/33
Petition Writ of Habeas Corpus              Page

MC-275

**This petition concerns:**

☐ A conviction            ☐ Parole

☐ A sentence              ☐ Credits

☐ Jail or prison conditions   ☐ Prison discipline

☐ Other (specify): _____

1. Your name: Douglas (@ Calif) Raymond (@ Colorado) "Swede" NELSON

2. Where are you incarcerated? Guantanoma Bay-CCA N 26th west (Dublin Ca 94568) State of No WRITS

   Why are you in custody?  ☒ Criminal Conviction   ☐ Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). Fraudlent- Predatory LENDERS (NB) By City of San Leandro Santosted
   WRIT of RESTITUTION (Quop-Pass DQB383) served @ COORs Field Denver Colorado
   By Arapahoe Sheriffs AIKEN-M-M TUCKER #_____, 9th Aug Rockies Base-Ball Game

   b. Penal or other code sections: UCC 1-92

   c. Name and location of sentencing or committing court: Arnold Schwarzenegger-Geo Bush Funded State Calif
   Supreme Court Ronald GEORGE, chief Justice (State State Bar Saunders-Gaffey

   d. Case number: DQB383 /aka ARX 006/aka H 43 366;

   e. Date convicted or committed: 1st Aug NO BAIL; PLEA 27th Sep 07; Saunders State Bar#

   f. Date sentenced: 25th Oct 07; Gaffey, State Bar#

   g. Length of sentence: 9 months - 6 months - Sheriff Parole @ 91 days (Now defaulted)

   h. When do you expect to be released? No Justice = No Peace;

   i. Were you represented by counsel in the trial court?  ☒ Yes   ☐ No. If yes, state the attorney's name and address:
   Pro Se

4. What was the LAST plea you entered? (check one)

   ☐ Not guilty   ☐ Guilty   ☒ Nolo Contendere   ☐ Other: To NSF check ~ Cal slc 31970 = No Cause

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial  ☒ Sham-Political Trial
   Near Penningten (Transition)
   Shake-Down

Pg 9/53

PETITION FOR WRIT OF HABEAS CORPUS

MC-275 [Rev. January 1, 2007]                                                                Page 2 of 6

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13.   ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____
    (2) Nature of proceeding (for example, "habeas corpus petition"): _____
    (3) Issues raised: (a) _____
        (b) _____
    (4) Result (Attach order or explain why unavailable): _____
    (5) Date of decision: _____

    b. (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Issues raised: (a) _____
        (b) _____
    (4) Result (Attach order or explain why unavailable): _____
    (5) Date of decision: _____

    *None* (written diagonally across section)

    c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: *State of Nevada - Douglas County - Placer Co Calif, San Francisco Marin Sonoma Yes in SECRET sessions, Lake Colo-Sac-Butte-Sutter-Yuba-Washoe-Del Norte of District Attorneys, Inter Gov't/Patriot Act, David of the Peaces, Equal Access to Science*

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) *PC 8182, conspiracy of State, Boe Ross Orloff Jerry Brown Tom Lenzen to Destroy-Withhold evidence to INSURE ADA NELSON, 9Ros5/1215287983, Plumer, McCaskane, Coone, Hall*

16. Are you presently represented by counsel? ☐ Yes.   ☐ No. If yes, state the attorney's name and address, if known: *denied Pro-Se Appeal of Attorney*

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes.   ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: *Multi State/Reject By 9 Cir/until You Rule*

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: *30th day Oct 2007*   *Douglas "Suede" Johnson Raymond (Revoked Attorney General Go Bush-Burnett) O.Roo.*

(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]   PETITION FOR WRIT OF HABEAS CORPUS   Page 6 of 6

(Handwritten margin notes along left side include line numbers 2-30 and references: "Raymond Johnson NELSON (925) 682-4332", "Douglas 'Suede' Raymond Johnson Nelson", "Wild Cat Jackson 401", "www.wildcat6146.com", "307/1534 6146")