*[handwritten top margin]* Motion for Fee Waiver Federal (Heart) & Revelation
Page One    Camp Parks Township, Ca 94588

*[handwritten top right]* CV 07-5581 (2) JW/PR

Load Case
CSC 06-1272

RAMIRO "dSwede" NELSON Pro Se
Perome Attorney General
5325 Broder Blvd (ste ARX-006)
Dublin, Ca 94568

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND dSwede NELSON Pro Se
DQB 383
Behalf Commander-In-Chief          Plaintiff,
G. BUSH & US Fed                                    CASE NO. CV 07-5582 JW/PR
Governance, Schwarzenegger, Ca Colorado          PRISONER'S Whistle Blower
Wells Fargo, Stage-Woofy                          APPLICATION TO PROCEED
aka CFO Atkins
Western Union, Safeway     Defendant.
Judges Mills Law/ 66 Dier-Sacks

CV 07-5581 JW/PR

*[handwritten note right margin]* $1123 Binding Contract

I, NELSON, Ray dSwede, Privatized Solicitor (General) declare, under penalty of perjury that I am the
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
Sovereignty not Required poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes No X Incarcerated (False Imprisonment)
& Kidnapped from Colorado
If your answer is "yes," state both your gross and net salary or wages per month, and give the
name and address of your employer:

Gross: None                              Net: None

Employer: Lock Down 24-7, wheelchair Bound @ Guantoma Bay
North West Dublin's Santa Rita, Discriminated (Blue to Red w/ 5150's Green)
Refused Transfer because of Stairway Visa Kreators
Crabs USA, Ramps

Pg 46/60

*[left margin handwritten, vertical]* Wildcat Nelson-Private A/6 (707) 552-5991

9th Nov 07 Fee Waiver
Page 2 of 6

CV 07-5581 (2) Jw/PR

ATTCH nelson - Pavole MG-1999 (702)552-5991

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  ___Wild Catters Drilling - Mining Mfg - RailRoad - Pipe Lines___

5  ___Rock Springs, Wyoming 80089 (307) 257-6446___

6  ___Apply Trouble Shooter (925) 935-4332___

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or          Yes __X__ No ____

10       self employment

11     b.    Income from stocks, bonds,     Yes __X__ No ____

12       or royalties?

13     c.    Rent payments?            Yes ____ No __X__

14     d.    Pensions, annuities, or        Yes __X__ No ____

15       life insurance payments? *(But Wasted By Sheriff Plummer/Abcorn)*

16     e.    Federal or State welfare payments,   Yes __X__ No ____

17       Social Security or other govern-

18       ment source? *Disability, Rail Road Accident*

19 If the answer is "yes" to any of the above, describe each source of money and state the amount

20 received from each. *Self Employment $6,500.00*

21     IRA's              9.00
    ANNUITIES        400.00 Wasted @ Pelsoo Mail Room 15th/17th oct 07

22     SSI              700.00

23 3.    Are you married? *Widowed*      Yes __X__ No ____

24 Spouse's Full Name: *KRISTEN DAE (Same) NELSON, deceased*

25 Spouse's Place of Employment: *Bone Orchard(s)*

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $___*None*___ Net $___*None*___

28 4.    a.    List amount you contribute to your spouse's support: $ *$200.00*

Page 47/50

9th Nov 07 Fee Waiver
Page 3 of 6

CV 07-5581 (e) Jo PC

Ann Nelson Power MG-EPA (707) 552-5991

1   b.     List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5          the WAYNES (ARE-765), GORDON-HAYES

6          the AYTNOKEE MURAGO HILLER, (BBR-611)

7   5.     Do you own or are you buying a home?          Yes ___ No X

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?          Yes X No ___

10  Make _SEIZED, 2000 LAND ROVER 4x6/1.
    2000 WAYNE Lion Dealer BoxVan, 90 Dodge Power Wagon 4x4

11  Is it financed? Yes X No _____ If so, Total due: $ $11,500

12  Monthly Payment: $ $230 00

13  7.     Do you have a bank account? Yes X No ____ (Do not include account numbers.)

14  Name(s) and address(es) of bank: Ed WARD JONES @ Rock Spence Wyoming

15

16  Present balance(s): $ $1000 00 Wasted 1st Oct @ Santa Rita, Mail Room ACSO Morris Witt

17  Do you own any cash? Yes X No ___ Amount: $ $101 theas of $87 wasted @ Property

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes X No ___

20  Seized Lap Top Computer & Welding-Mining ~$100,000 00

21  8.     What are your monthly expenses?

22  Rent: $ $615 00          Utilities: $600 00 fuels

23  Food: $ $800 00          Clothing: $12 00

24  Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| US BANK | $ 200 | $ $1,200 00 |
| Wash Mur | $ 100 | $ 800 00 |
| Safeway | $ 100 | $ 3,000 00 |
| Rite Aid | 50 | 600 00 |
| Home Depot | 200 | 400 00 |
| Lowes | 200 | 2000 |

Po 04

9th Nov 09 Joe Weiner

Page 4/of 6

CV07-5581(2)JE    DSD 324 (2/96)

# DENVER SHERIFF DEPARTMENT
## PERSONAL PROPERTY INVENTORY

BOOKING NUMBER: 1551691

PROPERTY BAG NUMBER: 210769

PRISONER NAME: NELSON RAYMOND, Swede Dogdes de H20 5R    DATE: 08-02-07

Practice Solicitor General

eXhabit

UPON ADMISSION THE ITEMS LISTED BELOW WERE RECEIVED FROM THE INMATE:
(INCLUDE ALL BAGS, BOXES AND SUITCASES)

| QUANT. | ITEMS | CODE | DESCRIPTION | QUANT. | ITEMS | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | BRACELET | BRAC | | 1 | WATCH | WTCH | WM |
| | BILLFOLD | BLFD | BRN | | KEYS | KEYS | Yesh |
| | EARRING | EARR | | 1 | BELT | BELT | BRN |
| | LIGHTER | LITR | | | RING | RING | |
| | NECKLACE | NECK | | | R/X | R/X | |
| | PURSE | PURS | | | OTHER | OTHR | |
| 1 | SUNDRIES | SUND | CELL | | NONE | NONE | |
| | CHECKS | CHEX | | | CURRENCY | | 10500 |
| 1 | GLASSES | GLAS | OR | | COIN | | 2.19 |
| | KNIFE | KNFE | | | TOTAL MONEY | | 107.19 |

SEARCH OFFICER _____ SERIAL NO. ____

BOOKING OFFICER _____ SERIAL NO. 0707

INMATE'S SIGNATURE: _____ DATE: _____

UPON PRISONER'S RELEASE, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE HAS BEEN RECEIVED BY THE INMATE

RELEASING OFFICER: _____ SERIAL NUMBER: _____

INMATE'S SIGNATURE: _____ DATE: _____

UPON RELEASE OF PROPERTY TO A THIRD PERSON, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RELEASE TO

_____ DATE _____ TIME _____
(NAME AND SIGNATURE OF PERSON RECEIVING PROPERTY)

FINANCE OFFICER: _____ SERIAL NUMBER _____

UPON TRANSPORTATION TO ANOTHER JURISDICTION, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RECEIVED BY

TRANSPORTING OFFICER: _____ SERIAL NUMBER _____

TRANSPORTING JURISDICTION: _____ DATE _____

RECEIVING OFFICER _____ SERIAL NUMBER _____

Page 5

5507

*[left margin, vertical handwriting]* Arres4 nelson ~ Parade A6 ~ EPA  (70?) 652-5991

*[top handwriting]* Fee Waiver
Page 5/6

*[top right handwriting]* CV07-5581 (2)

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

_Yes, MBA student Citi Bank   $55,000 00_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____  No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Contra Costa Superior CSC #06-1278, Judgement & Conspiracy PC 187_
_whorell PEN Inmates (Tony Hall of SF) Free Bush My Business_
_Cal Dept of Corr. Crooked Bush # CSAA 02-399-6_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments *IF mandated* ~~required~~ by the court. *(Fed Reservation Exempted)*
*CAMP PARKS is FEDERAL Reservation*

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_9th Oct 07_
DATE

@ DR "Swede" Nelson
SIGNATURE OF APPLICANT
Revatread (ENTITY) Solicator General

*Note Accounting Sheriff AHERN*
*ALAMEDIA County Supervisor Refuse Monthly Statement*
*Ms Hilda   & Refuse/Unwilling to Complete*
*is Western Union Clerk?   TRUST CERTIFICATION for*
*Rooted ly   3 month in Discrimatory - Retaliator*
*(70?) 652-5991   FRAUD to Deny Due Process*
*EQUAL Access to Justice*

*Arrled Voorsted @ DR "Swede" Nelson*
*Camp Parks Fed Reservation   Merits Humboldt County Sheriff #616*
*BLM, Free Suppression Pilot*
*Yosemite & Anchorage*

- 4 -

*9/7/00 Page 6/6* **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF ALAMEDA**

*@ ON CD*
*PRINTS ONL*

*CV 07-5581 @ JW/PK*

The People of the State of California, )
                                    Plaintiff, )    NO. *H43366?*
                                               )
vs.                                            )    DEPT. NO. *509*
*DOUGLAS RAY NELSON*                            )
                                               )    *lead Case CSC #12172*
                                               )    PFN: *ARX006*        *ARX006*
                                    Defendant. )    DOB: *5/6/45*        *050645*
                                               )    CII:
_____ )          *085280 71*
                        *563·52·8335*                             *w/m*

## ORDER DIRECTING SUBMISSION OF BLOOD AND SALIVA SAMPLES

The above-named defendant having been convicted of a violation of Section _____ of the Penal Code, **IT IS ORDERED** that said defendant submit two (2) blood samples and one (1) saliva sample for the purpose of **GENETIC MARKER TYPING** pursuant to Section 290.2 of the Penal Code.

The Alameda County Sheriff's Department is hereby ordered to comply with the sample collection procedures prescribed in 290.2 P.C. Such samples will be obtained in a medically approved manner.

If defendant is in custody, the sampling will take place as soon as possible, in time for defendant's next court appearance.

If defendant is out of custody at the time this order is issued, defendant will report to the Santa Rita Rehabilitation Center lobby with a copy of this order, Mondays, Tuesdays, or Wednesdays between the hours of 3:30 to 6:30 PM. In order to ensure time for sampling, out of custody offenders must appear by 5:30 PM. The Sheriff's Department will conduct the prescribed sample collection for all qualifying out of custody offenders at this place and time.

Defendant is: [ ] in custody  [ ] out of custody.

The defendant is ordered to return to Court on _____ at _____, in
Department No. _____ for _____.

_____               _____
         Date                                Judge of the Above-Entitled Court

Defendant appeared on ____*082907*____ and complied with the Order.

_____
       *J. PIYAMANOTHAMKUL #1652*
Name and Title of Person Certifying Under Penalty of Perjury

____*082907*____                    _____
       Date                              *J. PIYAMANOTHAMKUL #1652*
                                              Signature

**Copies: Orig.White:Ct.File/Green:Prob./Canary:DA/Pink:Bailiff/Golden:Defendant**

OAK-025