Clerk Please Correct [illegible] Page [illegible]

United States District Court [illegible]

CV07-5582 (JW) (PR) 5581

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

ORDER for Removal
"Emergency Protective Order"

& [illegible] House Lawyer [illegible] Solicitor General [illegible]

NAME: [illegible] Sucé [illegible] NELSON [illegible] PFN: [illegible]

HOUSING UNIT: [illegible] DATE: [illegible]

on Behalf of George Bush [illegible] Lead Case [illegible]

NATURE OF GRIEVANCE: ( Give specific details ) [illegible]

Governors [illegible] Gov of Colorado [illegible]

[illegible] ASSAULT BY [illegible] RODRIGUIZ [illegible] Sheriff [illegible]

[illegible] Inmate [illegible]

[illegible] ALAMEDA COUNTY Chair/Supervisors

& UPON OFFICER of the State FEDERAL COURTS

[illegible]

9 AM [illegible]

Sunday [illegible] Jail House Lawyer [illegible]

Lead Case [illegible] CV-07-5581

US Supreme Court Justice [illegible] US Dist CV 07-5582 [illegible]

[illegible] Officer Rodriguiz, State Confidential (Legal Mail)

upon Display for PRO-PER emergency Phone Access or Collect [illegible]

COURT ORDERS of State of Federal District / [illegible] US

MCR [illegible]

also Supreme Court 9th Circuit of Appeals Last Week. [illegible]

Grievance #Commander Lewis 828 ACSO / 07G-S/1621 (discp #2311 + #2322)

[illegible]

the Documents [illegible] Inmate Service [illegible]

was Appointed "Second Chair" assistant Counsel by [illegible]

Judge [illegible]

US Dist [illegible]

[illegible] I filed Complaint; Today I made [illegible] 911 call

** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM / WRITE PAGE ** [illegible]

[illegible]

INMATE SIGNATURE: [illegible]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

Aurred Version CAMP PARKS, TOWNSHIP 94568

RECEIVED BY DEPUTY: [illegible] BADGE #: [illegible] DATE: [illegible]

[ ] RESOLVED – INMATE ACCEPTANCE:
EXPLAIN RESOLUTION ON REVERSE SIDE

[ ] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. TRACKING NUMBER: [illegible]

Prioritized [illegible] Solicitor General
Sovereignty

FILED
NOV 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

# INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: 07G–S1406

INMATE: Nelson, Douglas PFN: ARX006 HOUSING UNIT LOCATION: 1F07

GRIEVANCE IS AFFIRMED: ____ DENIED: ____ WITHDRAWN: ____ RESOLVED: XX REFERRED: ____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **September 22, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

In your grievance, you claim your mail was returned to sender for having a plastic card inside the letter.

**Response:**

The Grievance Unit contacted the mailroom and found that your mail was returned to the sender because it contained a hard plastic insurance card. U. S. mail is picked up and dropped off at the Dublin Post Office every morning, excluding weekends and holidays. Bulk packages are also dropped off daily by U.P.S., FedEx, and DHL. If incoming mail is received without your PFN, it will be returned to the sender, unopened. If your mail contains unauthorized items, such as obscene material or stationery items, the mail / package with its entire contents will be returned to the sender and you will receive a Return Receipt Notice. As long as your mail meets Sheriff's Office guidelines, your mail will be delivered to you within 24 hours of Santa Rita receiving it.

The Grievance Unit suggests that if you need of proof of insurance for your court proceeding, request a letter of proof from your insurer.

Your grievance is **DENIED.**

Investigating Supervisor: Ben E. Shauth Sergeant Date: 10/2/07

Inmate's Signature: ____ Date: 14 Oct 07

Do you wish to appeal this ruling? Yes No Refused to Answer Date: ____

Appeal Officer: ____ Recommendation: Concur Date: 10/17/07

Reason for affirmation or denial: (If different from above)

Commanding Officer: ____ Recommendation: Concur Date: 10/23/07

ML52 (Rev.01/01/05) BES/jrj

ENTERED OCT 24 2007

NO COUNTY PAROLE PER JUDGE DO NOT RE-APPLY

# APPLICATION FOR COUNTY PAROLE
## ELIGIBILITY CRITERIA

At the time you apply for County Parole, you must have completed one-half of your sentence. You will NOT be eligible for County Parole if you are in custody for, or have a recent history of violent crimes, crimes involving firearms, aggressive sex crimes, sales of drugs, or a violation of probation unless you have served at least 90 days. You may also be denied County Parole for violation of jail rules, or for information that leads the County Parole Board to believe that you would not succeed while on County Parole.

NAME Douglas "Swede" Raymond NELSON PFN ARX-006 HOUSING One-F-7

When released from custody:

Address To Be Determined By your Requirements, Appt Rental Apple Apts etc.

City [illegible] Telephone (303) 619-3183

Occupation Certified Welder / Lic Electrician & Refrig Tech. Hours 40 years

Employer Wildcatters Weld-Elect & Refrig "Service to Refinery's/Shipyards

Employment Address Adm. Address PO Box 4976 [illegible] Walnut Creek

Do you have a drug or alcohol problem? No

Have you ever been to State Prison? Yes When 1998

If on probation, who is your Probation Officer? Non-Reporting

Have you received any "write-ups" or lost time during your current incarceration? No Explain House in Hole, because of Prostetic Leg. But Assaulted Continuously By Staff

Which work and or programs are you enrolled in at Santa Rita? Pro-Per & Have Applied to Inmate Services Board without Responce

The previously stated information is true to the best of my knowledge. I understand that giving false information on this application shall be cause for denial of County Parole. I further understand that qualifying for release on County Parole does not guarantee my participation in this program.

Douglas "Swede" Raymond Nelson ARX-006 19 October 2007

Inmate Signature PFN Date

DO NOT RE-APPLY

No Hearing? By Whom?

9th Nov 07 Pages 5/

CV07-5581 (2) JW/PR

# DENVER SHERIFF DEPARTMENT
# INMATE GRIEVANCE FORM

No. 81244

Lead Case C-06-1272

NAME: NELSON RAYMOND "Swede" LOCATION: County Jail #4-6

DATE AND TIME OF INCIDENT: Wed 8th Aug 8am - 10pm

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE:

1) I AM Pro-Per, INTER-STATE Hold, Calif. w $$.00 Book
2) I AM Housed @ Denver County Jail, Medical Bldg 4-6
3) I AM DENIED, Commisary Purchase 8th Aug Because: (Per: Kite Response; Commisary shows Housing AT City Denver Jail;) I have LOST $1000.00 DAY w $100K Book
4) I AM Refused LEGAL CALLS, ENVelopes, PHONE CARDS i.e. ANY METHOD of COMMUNICATIONS WITH Attorney EMPLOYEE'S, Customers, Because of OUTDATED (This $) DEX Phone Books (2003) & Withholding Cell Phone - in Property
5) I Am Lic Contractor Listed in All 7 Dex Denver Yellow Pages

SPECIFIC REMEDY SOUGHT: I (we) "WILDCAT DRILLERS" (Listed in Refrigeration, Welding, ELECTRICAL Catagory) & NELSON nat. Person, Disabled / Senior Citizen / ADA et. al. (Communicate) "BE ALLOWED, SPECIAL COMMISSARY PURCHASE, as OTHERS FOR LEGAL DEFENSE AGAINST THIS FALSE ARREST-IMPRISONMENT, VIOLATION OF CIVIL RIGHTS §1983, STATE & US CONSTITUTION, §12132 [illegible]

SUPERVISORS / OFFICERS ANSWER:

Refused to Respond

OTHERS Reported Allowed Law Library Access in Wheel Chairs, while I was Denied & Penalized Attorney / Solicitor General

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)

DATE SUBMITTED: 9th Aug 07 INMATE'S SIGNATURE: "Swede" Raymond Nelson

RECEIVED BY: [illegible] (? 3[illegible]013) DATE RECEIVED: 8/9/07
(NAME AND TITLE)

ASSIGNED TO: Accept Verified @ Camp Pass Respectfully DATE: DR Swede Nelson [illegible] Private Solicitor General

CJ 95 (7/94) COPIES: WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK (INMATE'S IMMEDIATE)



9th No. Page 6

NUMMI
New United Motor Manufacturing, Inc.

CV 07-5581 (?)

Lead Case # C 06-1272

Declaration in Support of Emergency Protective Procolmation Order

45500 Fremont Boulevard Fremont, CA 94538 USA (510) 498-5500

October 5, 2007

Douglas Nelson
5325 Broder Blvd, ARX-006
Dublin, CA 94568

RE: Retirement Funds Request Employee Discount Certificate

Dear Mr. Nelson:

Your letter of September 20, 2007 addressed to an unknown party at NUMMI has been received.

We have reviewed the records of both the hourly employees' retirement plan, known as the Hourly Defined Benefit Plan, and the hourly employees' 401K plan, known as the Hourly Savings Plan. These would be the only possible retirement funds in which you could have participated.

Based on your employment from June of 1984 to July of 1986, you never became vested in the Hourly Defined Benefit Plan, which requires five years of employment to become vested or eligible for benefits. Consequently, nothing is payable to you from that plan.

As for the Hourly Savings Plan, participation is at the employee's option. No account for you can be located from available records which go back to 1999. This means that either you never chose to join this Plan, or that you withdrew all funds in your account after your termination of employment in 1986 (but before 1999). Therefore, nothing is payable to you from the Savings Plan either.

If you have any further questions in this regard, let me know.

Sincerely,

Greg Thompson

Greg Thompson
HR – Benefits Department

Averred / Verified @ Camp Parks Reservation



9 Nov 07 – Page 6
CV 07-5581 (R) (pr)
EVIDENCE of PREJUDICE SUPPORTING
ORDER
See REMOVAL
EMERGENCY
Protective ORDER
See Mode (ARX-006)
NELSON, de Soode
CDC # 20549
To House ARREST
~OR Release / Dismissal
See SOVEREIGNTY
= POWER =
ie Black Water etal
EXHIBITS



9th Nov 07 / Page 8

CV07-5581 (e) JW PR

Lead Case C5C06-1272

Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

# N-O-T-I-C-E

**Written Communications, Circuit Rule 25-2**

All communications to the court, including papers to be filed, shall comply with FRAP 32 and shall be addressed to the Clerk at the United States Court of Appeals, Post Office Box 193939, San Francisco, California 94119-3939.

Confidential Legal Mail in CV07-5581 & CV07-5582 JW/PR SENSORED, By Commander Lewis-Johnson Prior to Delivery By HAND, case Filed 14 Oct 07

9th Nov 07 / Page 9    C07-5581 (JW) (PR)

# Prison Health Services Medical Request Form

Sentenced INMATE – Conspiracy / Warden Retaliation / Mind Check / Wife Nadsai / 3 May N / 42 USC 1985 (2) / Lead Case CSC# 1272

- Inmate – do not write in shaded area.
- Place this form in the sick call box or give it to medical staff.
- If you do not complete all of the information, your appointment may be delayed.
- A copy will be given to you after the visit.
- You may be charged $3.00 for each health care visit.

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| Tues 16 | NELSON | Sidd | Wilson 1949 | |

HOUSING LOCATION

SRJ – UNIT# 1 POD F CELL 7    GDDF – FLOOR ____ POD ____ CELL ____

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ____ Patient not seen: ____ NIC ____ DUPLICATE ____ NO SHOW ____ REFUSED ____ OTA

[illegible] requested by the clinician.

____ Visit was NOT exempt from co-payment. Send ORIGINAL copy to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| | | |

| Inmate's Signature | Patient Refused to Sign | Witness If Patient Refused to Sign |
|---|---|---|
| | | |

Date of Triage: Mental Health Needs ____ Nurse Signature and Print/Stamp ____

Disposition: ☐ Sick Call ☐ Specialty Clinic ☐ Other

Need Wheel Chair / Speed Clinic / Patient Rights

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: ____

Date: ____ Inmate's Signature: ____ ____ Refused to Sign

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness If Patient Refused to Sign |
|---|---|---|
| Emergency | Notice | Warning |

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

The CARPET @ Hole Dinning Hall - Pod, Build One F-1 is INFESTED with MOLD from Flooding (Sewer) or Food Waste, Virus - Bacteria, And No Treatments - Daily Cleaning, etc. The Vacuum (non-Shampoo) used is Broken Bagless, without HEPA - Filtering System, "Spues" (dr Wilson) TOXIC clouds. The CARPET HAS NOT BEEN cleaned in months in Violation "State-County Health Safety" Code. I'm Having Breathing TROUBLE. Need (Bendolé) Nelson @ F-1 Breathless Asmatic

Signature of Inmate/Patient ____ Date of Signature Tues-Today

ORIGINAL: Accounting    PINK: Health Services File    CANARY: Inmate/Patient    Revised 7/06



# ALAMEDA COUNTY SHERIFF'S OFFICE

## Detention and Corrections Division

Gregory J. Ahern, Sheriff

# INMATE RULES AND INFORMATION

**Santa Rita Jail**
**5325 Broder Blvd.**
**Dublin, CA 94568**

PD-598
SRJ/Revised: Jan-07

WRIT of HABEAS CORPUS

CV07-5581 (?) JW RR

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
INMATE GRIEVANCE FORM

Pro Per / Medical Class Action

NAME: Douglas "Swede" Raymond NELSON

HOUSING UNIT: HOLE

PFN: ARX-006

DATE: Wed - 26th Sept

Lead Case CSC06-1272

NATURE OF GRIEVANCE: (Give specific details) MEDICAL, the Prison Medical Service Malpractice

① 16th Sept, Doctors, PHS, condoned - Allowed the Cruel & Unusual Punishment of Pro-Per ARX-006, By transfer of ADA, insulin dependent & Prosthetic leg Prison to the HOLE, through Subterfuge of Dr BOYD (inmate Services) to #28 ... Doctor approved to #28, Class Sgt DOE ... Redirected ARX-006, to Hole to Inflict - Excessive Force / Trauma / Noise

Ⅱ - Knowing, Willful, Wanton, & Deliberate Indifference that - health CHAOS "will insure" A) No Insulin is Provided in TIMELY MANNER @ HOLE for ADA ... B) That ADA violation Space @ 1-F-7 for Wheel Chair and Non-Existance ... C) That on 25th Court Date, Cruel & Unusual Punishment - Duress - Harrassment - Threating - Menacing: ARX-006 would be Chained @ Belley & Waist ... not allowing USE of TOILET ... Without Penological Justification, because of Red Clothing, ... Normal Bus Transportation ... Pro-Per Access in Court Room, Cuffed Because of HOLE housing, and Made Himself Laughing (humilation)

D) (LOL) Stock of All Santa Rita - Jail Deputies, Because of Disability Treatment & Public ... of ADA SENIORS, in Violation of State Federal Laws) By ... Sworn Peace Officer ... & Violation of OATH of OFFICE, ALAMEDA County Counsel Approved Policy - Procedure Justice C3) KNOWING THAT 1-F, WFA Sleeps in office; to refuse / obstruct Pro-Per Phone Access

E) That in Violation of CONFIDENTIALITY of Medical Records & Legal Work Product Mail, of Pro-Per ARX-006 - Nelson cell #3, where in ... Sgt ... ① ARRANGED for BOYD's, Repair of Wiring of "Call Direct" @ #8 To be PRO PER PHONE Line. ~ 5th Sept (30 day Past Pro-Per PIN Handed Till ~ 14th Sept

Ⅱ) However, This Confidential "Intellectual PROPERTY", is Openly Provided ... Info) to BOYD, daily ... Re Grievance #076-51440 / 51401 / 51383 ... Phone Print - Out, that I was DENIED.

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2 Fed Gov ...

PLEASE Return ARX-006 to Infirmary (which You Can ...)

INMATE SIGNATURE: Douglas "Swede" Raymond Nelson

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: M. NEILL H BADGE #: 1863 DATE: 092607

[ ] RESOLVED – INMATE ACCEPTANCE: ____________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ____________

TRACKING NUMBER: 076-51434

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

9th Nov 07 / Page 1/3

CV07-5581 (JW) (PR)

Pro-Per

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

Lead Case CSC 06-1272

NAME: Douglas "Swede" Raymond NELSON

HOUSING UNIT: One F " 7 PFN: NRX 006

DATE: Wed 26th Sept 07

NATURE OF GRIEVANCE: (Give specific details) To have & hold to hold "Right TENENDUM"s Non-Expired Title Fiction

Denial of Pro Per Status & @ Plummer Jail

Santa Rita: HOLE bld one - pod F - cell 7

Upon, Numerous Written & Verb Pro-Per Phone Access Request

Dates Tues 25th Sept & Wed 26th Sept, GRANTED 23 Mon / Deputy Johnson

At ~ 7pm, Deputy Davis, Advised that (Wed 26th)

Inmate Services BOYD;

Terminated Pro-Per Status, Per Plea Under Duress of HOLE PLACEMENT

Pro-Per Status, is Legally attached since 1st Aug in Denver Colorado in Re EXTRADATION WARRANT DOB 383, Restitution

Pro-Per Status, Remains through the New Trial Motion & APPEALS Sec. Your Deliberate Denial of Due Process, Phone Since Your 16 Aug Pin # Assignment .........096 & Law Library

Also Per Title 15 CCR, & The EXTRADATION TREATY of PC §1381 FROM Denver Continues Untill Denied, & Validity of Cal-Imprisonment is Affirmed.

Whereas You Refused WRIT of HABEAS CORPUS Written & Person no Exhaustion of Hayward Case H 43366, & hold is Validated

If Denial is "Cost Basis" I will Pre-Pay Your Expense and Legally obtain / Litigate Refund + $5000 Damages Personally & Official

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

& Pro-Per Supplies

INMATE SIGNATURE: Douglas "Swede" Raymond Nelson

*** **DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY** ***

RECEIVED BY DEPUTY: M. NEILL BADGE #: 1863 DATE: 092607

[ ] RESOLVED – INMATE ACCEPTANCE: ____________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. ____________

TRACKING NUMBER: 07G-S1433

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

9th Nov Page 13/13

CV 07-5581 (2) JW

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
Class Act - Pro Per - INMATE GRIEVANCE FORM

Hadley-V-Baxendale Rule Lead Case #CSC-1RTC

NAME: Douglas "Swede" Raymond NELSON PFN: ARX-006

HOUSING UNIT: One-F-7 DATE: 29th Sept 07

Persistent - Consequential & Repeated Harms Damage & Reimbursement for deliberate Indifferent Acts

NATURE OF GRIEVANCE: (Give specific details) Denial "Due Course of Law" PC 3182

(HABENDUM Clause) of written instruments & Resultant Duress / False Confession

Legal = Confidentially of Mail / Phone / Administrative Proceedures 100 Times, Refusal of Writs of HABEAS CORPUS, to Pro Per, Denial Interson Board of Johnson

1) on Thur 28th Sept ~ 5 PM (Wage Loss Wildcat Drilling (361) 251-6146 = $164,000 to date) Cal PERS @ Humboldt County Sheriff, PHILP Gary & (Gene COX memorial), 826 Fourth Street - Eureka 95501

Confidential Legal, was delivered Opened "Why," PC 3182 Request $3000 Puntative Damage a occurance

2) The PRO-PER, Phone Log which is CONFIDENTIAL LEGAL PROPRIETARY "Work Product" & INTALECTIAL or INTANGIBLE, oral planned or in progress work & exempt from Discovery or Any Compelled Disclosure "ie PRO PERS investigation - communications of case @ Bar" has QUALIFIED Immunity of Discovery - or other Compelled DISCLOSURE Fed R. Civil Proceed § 26? Therefore has WORTH - & emotional - sentimental Value.

4 pm (Displayed 24th Sept) AND I REQUEST $10,000 in Puntative Damage for Violation

(Fair Evid Copy 5501 Denied By Johnson 24 Aug)

3) i I have Signed Numerous - Denial of Grievences (Evidence Code) Why? Yet each TIME, Refused an COPY, Violation PC 3182 & Civil Code Proceed. ie I have a Due Process, Right to Be Given a Copy of Any Document Signed, also Extension Grants, Upon Signature ie The Sheriff, is MANDATED to Follow the Administrative Procedures Act - ie County Council Approval of All Forms & Policy & Proceedure of Alameda County. Request $5,000 Puntative Damage each occurance

***DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

4) Refused POD, Collect Phone Access 19, 20, 25, 27 Sept to Pro Per call

5) Refused "Forgotten" Response to Message Request @ Lack of Staff in Emergency

(My CANARY Doc - this complaint Notified Aid of CHP FBI CDCC)

INMATE SIGNATURE: Douglas "Swede" Raymond Nelson

***DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY***

RECEIVED BY DEPUTY: W. Posey BADGE #: 1398 DATE: 09/29/07

[ ] RESOLVED – INMATE ACCEPTANCE: ______
EXPLAIN RESOLUTION ON REVERSE SIDE.

[✓] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. ______

TRACKING NUMBER: 076-81449

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)