Doaguro "Sneb" Raymond NELSON
Pewetized (Binek White) Stolictor (General)
5325 Broodee Bavd (Ste #/HRV-006)
Dublind, Ca 84568

Confidential
in Re CYOY-5581
order Dated above

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680