# INMATE GRIEVANCE RESPONSE

**GRIEVANCE TRACKING NUMBER:** 07G-S1621

**INMATE:** Nelson, Douglas    **PFN:** ARX006    **HOUSING UNIT LOCATION:** 1F07

**GRIEVANCE IS** AFFIRMED: ___ DENIED: XX WITHDRAWN: ___ RESOLVED: ___ REFERRED: ___

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance dated **October 19, 2007**, and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

In your grievance, you claim multiple unintelligible issues.

**Response:**

The Grievance Unit has ordered that you submit one issue per grievance. Furthermore, you were ordered to leave out all legal jargon and include only those issues directly related to your complaint.

You failed to follow the orders given to you by submitting an unintelligible grievance that contains legal jargon, multiple issues, and no specific details.

Your grievance is **DENIED**.

**Investigating Supervisor:** Ben E. Shaull, Sergeant    **Date:** 10/23/07

**Inmate's Signature:** ___    **Date:** ___

Do you wish to appeal this ruling? Yes  X  No ___   **Date:** 25 Oct 07

**Appeal Officer:** ___    **Recommendation:** 10/29/07    **Date:** 10/29/07

Reason for affirmation or denial: (If different from above)

**Commanding Officer:** A. Eugene Lewis #826    **Recommendation:** CONCUR    **Date:** 11/1/07

ML32 (Rev 01/01/05) BES/jrj                    ENTERED NOV - 5 2007

Page 1

Gov. Cal-P.O.S.T. a.R.R. President Pilot Humboldt Beach Rescue
Yosemite - Anchorage - Air
Pilot Lucky Logger Boot Society BITT, Wildland Fire Recon Pilot
Cal State Humboldt
#Humboldt County Deputy GGI Mayor, Honor Dow (Pateolia) & Fire Chief
Dec 089

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Douglas "Swede" Raymond NELSON PFN: ARX006

HOUSING UNIT: Isolation Cell (Hole) 2F8 & 1F7 (wheelchair) DATE: 19th Sept Continuing

94568 Santa Rita, <Camp Parks Township>

NATURE OF GRIEVANCE: ( Give specific details )

To Homeland Security, Director
c/o President George Bush
my Commander-in-Chief.
450 Golden Gate Ave
San Francisco, Cal 94102

Lead Case CSC06-1272
assoc #43-366
C/07-5582 JFR
US SF 5581
US SJ
US Fresno
US Denver

Re: Terrorist Bombing & Attempt to Kill, Marie Madric
See: Concord Police, Hammer/Fitz Patric Arrest.
In Re Nelson, De Swede vs PH Police, Mara Co
10 or More 42 USC 1983
And 2 & 10 million <Plate Glass> Required of Bob Karn (7/5)
John McIntyre Corp (925) 955-2441
& CSAA, Sharon Meeci (Attorneys ENUS (925) 287-7625
& CSAA, False Arrest/False Imprisonment/Kidnapping
@ 911 Alameda Ave/UPRR under Crossing/Hwy 22, Denver Col.
to Oakland <DOB 383> east of Rockies
to Santa Rita <ARX-006> west of Rockies
also Judgement, on Pleasant Hill <Tony Wahe> Licquor Lic
for NSF check(s) $2000.00 By Sue McPeaks Commissioner
Contra Costa, <Defendent for 4 US Dist Court Butte-Dinoette
& Colo County CPS, sexual Assaults By LDS (mulb LANE) ...
Washoe County> Gaming & Liquor License Doe 1-50
$ 2053.70 CSC06-1272 Final 15th Dec 07 - Filed 15th Nov 07 default
Where Upon Settlement 02-397-500-0 (925) 828-4151
Sheriff AMERICAN Plumber <Bowls of Pebbles>

The Vintage of Lake, Sonoma-Napa Counties
Little Old Wine Maker
Mayor & Hertel-Hertz & Sean O-Murphys

**DO NOT WRITE ON THE BACK OF THIS FORM - USE ANOTHER FORM/WRITE PAGE

INMATE SIGNATURE: Dr "Swede" Nelson PhD
Privatized Solicitor General

(925) 935-4332
D. Swede Raymond NELSON
(707) 464-1906 Azt4nelson@yahoo

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Refused Not Grievable BAO BADGE #: ________ DATE: ________

[ ] RESOLVED – INMATE ACCEPTANCE: ________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Shull / Kennedy? Commander Lewis 826 Coast Guard

TRACKING NUMBER: Refused

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

# Hanger
**PROSTHETICS & ORTHOTICS** *Inc.*

*[Handwritten margin notes: State of CA Superior Court (925) 646-5410 (925) Case # CSC06-1272 Lead Case H43366 Judgement $2053]*

October 29, 2007

Douglas "Swede" Raymond Nelson  *[handwritten: In Law Raymond George]*
5325 Broder Blvd. STE ARX 006  *[handwritten: Attorney in Laws Gaffey Sanders]*
Dublin, CA 94568  *[handwritten: Bean]*
 *[handwritten: Kune-Peebles, CSAA]*
Swede,

I am in receipt of your letter. I have been unable to work on your prosthesis due to lack of a legal prescription as required by Medicare. The doctor you listed as your physician states that he has never seen you for examination and he is unwilling to write a prescription on that basis.  *[handwritten: I have Insur   not CSAA   ± $40 million  1-02-391-5000]*

If we had a legal prescription I would still be unable to send your prosthesis as it has never been fit or aligned. These steps are necessary to ensure correct fit and function of the prosthesis prior to finishing it.

In my opinion you have several options:
- Obtain a new prosthesis through the corrections system
- Obtain a new prosthesis from a private vendor in California upon your release
- Return to Colorado after your release and continue working on a new prosthesis here

It makes sense to try and adapt your old prosthesis to be functional until such time as you can obtain a new one.

I called your grandson Mike and left a message on his answering machine to call me regarding your situation, as you requested. I tried to call your grandson Chris but the number you gave me connected me with another party.

Enclosed are 3 copies of the Petition for Writ of Habeas Corpus that you requested.  *[handwritten: Medical Reports @ $10 per page = $60]*

If I can be of further service with regard to your obtaining a new prosthesis, please contact me.

Sincerely,

*[signature]*  *[signature: Dr. "Swede" Nelson]*

John D. Hatch, C.P.O.
Prosthetist/Orthotist
*[handwritten: Gun Stock, Smith]*
*[handwritten: 9/1/00]*

*A Family of Companies*   *Established in 1861*

*[Left margin handwritten, vertical: (925) 935-8322 Red Sports W/o Douglas "Swede" Raymond Nielson (831)254-6116  Page 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32]*



# THE LAW OFFICES OF DIANNE D. PEEBLES
### ATTORNEY AT LAW

DIANNE D. PEEBLES

ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 832-8700
FACSIMILE (510) 836-2595

DIANNE D. PEEBLES
DPEEBLESLAW@COMCAST.NET

July 26, 2007

Douglas Nelson
2242 Morello Ave, #A
Pleasant Hill, CA 94523

Re:   Douglas Nelson
      Claim Number: 02-397-500-0
      DOL: 12/18/06

Dear Mr. Nelson:

As you are aware, I was retained by your insurer, California State Automobile Association, Inter-Insurance Bureau, (hereinafter "CSAA-IIB") to assist in the resolution of the above-mentioned claim under your policy of insurance with CSAA-IIB. I am writing to advise you of CSAA-IIBs' determination of your claim.

For the following reasons CSAA-IIB has declined your claim in its entirety.

As you are aware we required additional information to respond to your claim. Initially CSAA-IIB wrote to you to request that you provide a recorded statement. You failed to cooperate with this request.

You were then notified that we required your examination under oath (EUO). We notified you by letter that your EUO had been scheduled for June 1, 2007. In that correspondence you were notified that your failure to cooperate in your EUO would be grounds for denial of your entire claim. You were asked to call the undersigned to confirm your appearance at the EUO. You failed to confirm your appearance at the EUO and all attempts to contact you by telephone at the telephone number that you had previously provided to CSAA-IIB were unsuccessful. The June 1, 2007 EUO was cancelled.

We rescheduled your EUO for June 12th, 2007 and notified you of this date by certified letter. The EUO went forth as scheduled on June 12th, 2007 but you failed to appear. The certified letter was subsequently returned.

The policy of insurance under which you made your claim states in **SECTION I – CONDITIONS 2. Your Duties After Loss section "d. (3)"** that a Claimant is required to

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
INMATE GRIEVANCE FORM

NAME: Douglas "Swede" Raymond NELSON   PFN: AFX006
HOUSING UNIT: 2F8 Wheel Chair, Hole for Max Hsg seg   DATE: Mon 5 Nov

NATURE OF GRIEVANCE: (Give specific details)  CANTEEN: 3th Cosco Bason

No Pre-Paid Phone Used or Functional 911 operators Response

Which violates "FREE SPEECH" Constitutional Right.
(R&R pg 14 - 29B)

Collect ONLY calls

"The Bridge Fit Me"

Refused By Rodriguez

DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2
INMATE SIGNATURE: Douglas "Swede" Ray Nelson
*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Not "ALFF" grievable   BADGE #: _____   DATE: 11Nov

[ ] RESOLVED INMATE ACCEPTANCE: _____   [ ] CAN NOT BE RESOLVED AT THIS LEVEL
EXPLAIN RESOLUTION ON REVERSE SIDE.           DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Lt Lewis / Kennedy / Shaull   TRACKING NUMBER: _____

COPIES: White - Staff use
        Yellow - Inmate Receipt Copy                              ML – 51 (rev 8/06)

(Margin: Page 10 — NELSON, Dr. Wayne Spages Rock, 1932 Rock Spages Wyomg, Dr. NELSON, (307) 251-6146, (pc) 935-1432)



COLORADO - CALIF STATES
SUPERIOR COURTS
JAIL House - Santa Rita

CASE 1143366
Lead Case CSC06-1272
Judgement

1  Douglas Nelson
2  ARX006-DGB
   9/25/2007
3
4  Mr. Nelson,
5  I received your debitek card and had the money placed on your account
   Bit Discounted $.50¢
6  As for the pro-per phone, I told you to submit a request slip to the housing unit deputy
   allowing at least four hours to schedule time for your calls. Your housing unit deputies
7  will allow pro-per calls time and other activities in the housing unit permit
8  The pod telephones are for collect calls only. Do not use the pod phone for pro-per calls.
   No Free Speech (Phone Card Prepay)
9  **Only use the pro-per telephone for pro-per calls.**
10 I did not tell you that you would have access this A.M.
11
12 Deputy Johnson — Personal Knowledge
13
14 **Return to Inmate**
15 **Housing unit 1F07**

Martin #1321
Deputy Smith #1321
Jones #178588
Tucker #1302

PC8182 W/y
OBSTRUCTION of JUSTICE



# Oil spill spurs call to ban ships' use of bunker fuel

■ Heavy oils particularly sticky and hard to get rid of, say environmentalists

By Mike Taugher
STAFF WRITER

The oil-grade, tar-like goo that spilled into San Francisco Bay from the Cosco Busan last week is attracting scrutiny from regulators, lawmakers and environmentalists because of how badly it can foul beaches and wildlife and the amount of soot and sulfur it puts into the air.

Is favored by container ship companies because it is cheap — about $1.65 a gallon, less than gasoline, state regulators got the green light from a federal appeals court to ban so-called bunker fuel from the auxiliary tanks that power ships.

Meanwhile, the California Air Resources Board is expected to consider banning the use of bunker fuel completely so that ships won't be toxic to wildlife, Addassi said.

The Cosco Busan spilled 58,000 gallons of bunker fuel after it struck the Bay Bridge on Nov. 7, and the San Francisco Bay currents spread the spill across the bay and out the Golden Gate, closing popular beaches like Stinson and Muir. About 4 million gallons were on board at the time as the vessel departed for South Korea.

Environmentalists have called for a worldwide ban on bunker fuel. "The day-to-day problem with bunker fuel is air pollution and greenhouse gases," said Nick Berning, a spokesman for the environmental group Friends of the Earth, which is calling for the ban.

"It's a significant global warming problem. Slowing down will help, but switching to cleaner fuels should also be done."

In the water, heavy fuels like bunker are particularly sticky and hard to get rid of.

"They will stay in the environment for a long time," said Yvonne Addassi, a staff scientist at the state's Oil Spill Prevention and Response office. "They have long-term, persistent effects."

She said the heavy fuels have a smothering effect on organisms wherever the oil spreads. Lighter fuels like gasoline evaporate and disappear quickly, but those fuels are also more toxic to wildlife, Addassi said.

Officials leading the cleanup of the spill said they have ended skimming operations and will now focus solely on beach and shoreline cleanup. They are saving Alcatraz and Angel Island for last because of the hard-to-access rocky shorelines and are developing strategies for cleaning up sensitive areas.

About 12,000 gallons of the 58,000 spilled had been skimmed as of Friday, according to the state's Department of Fish & Game.

About 5 percent of the crude oil refined in California ends up as bunker fuel, meaning refineries produce about 100,000 barrels, or 4.2 million gallons a day of it.

"The goal of refineries in California is to maximize the percentage of higher-end products," said Tupper Hull, a spokesman for the Western States Petroleum Association.

After gasoline, diesel and lighter products are refined from crude oil, what's left, in refineries with coking equipment, the fuel can be processed to become petroleum coke, which is generally sold to other countries to fuel furnaces, Sejal Choksi said.

Sejal Choksi of San Francisco Baykeeper believes bunker fuel should be banned but says there are obvious questions about what is used to replace the fuel in ships. She added that fuel is sold overseas adds no reduction in greenhouse gases. "Just because it's not being used here doesn't mean it's not getting used," Choksi said.

The first official congressional hearing on the spill is scheduled for Monday in San Francisco, and House Speaker Nancy Pelosi is expected to attend. Those testifying include San Francisco's top Coast Guard official and National Transportation Safety Board member, state and local officials.

MediaNews staff writer Mary Anne Ostrom contributed to this story. Mike Taugher covers natural resources. Reach him at 925-943-8257 or mtaugher@bayareanewsgroup.com.

A PLASTIC BOTTLE covered by oil floats near the Golden Gate Bridge in Marin County on Nov. 8, a day after a massive oil spill hit the Bay.



Page 1

Secret Service "Post Ronnie REAGAN" goo/President
United States Supreme Court
Solicator General Requist/Earl Warren
Douglas "Swede" RAYMOND NELSON Phd/FBI #
5325 Broder Blvd (ste ARX-006)
Dublin, Ca 94568

CV07-5582
assoc writ CV07-5582
*Lead Case Judgement #2053*
Case #H45368
deliberty indifferent DISCHARGE
Declaration in Support
of Motion to Withdraw
License (Coo BAY PILOTS)
*In Re 58,000 *6 TOXIC WASTE
Co Co SC-6-1R70-PC3182

Superior Court State of Calif
in for Alameda (Hayward) County
24405 Amadore St.
Hayward, Ca 94544

The Trial Court Dept 509, Honorable Sanders, did Willfully and with Deliber Indifference, and Erroneous Denial of and "Refusal to Hear," Motion to Dismiss for 10 day Speedy Trial in This case Reduced to MISDEMEANOR, Requires Reversal and Dismissal of Complaint, with without need of Prejudice. Baker VS Muni Court (66) 64 Cal Rd 806-812

Whereas, this Denial Subjected Defendants to Cruel & Unusual Punishment @ Santa Rita HOLE t-F8,164 Seg & Conf mains 120 day ie Miscarriage of Justice at Pre-Lims denial 24 Aug 2007 within meaning of California Constitution, Article I §13
People VS Wilson (63) 60 cal 2d 139-146
This Delay was not of any valid Police Purpose, But Violation HAGE commit Deliberately Indifferent, Purposeful Oppressive & Smacks of PC 3182 Obstruction of Justice on Part of Government, and Knowning Inflicting Harm, Along Hours 10-12 each Day to Weaken The ADA disabled Defendant, as Example of Bad Faith & Mayhem!

Avered/Verified, declared under Penalty of Perjury this is TRUE and CORRECT, as I Believe TRUE.

© Douglas "Swede" Raymond Nelson

State of Calif, Camp Parks Township, Dublin Alameda Co. 94568

Page 1 of 1
Declaration in Support Motion To Withdraw Plea!

(925) 935-9332
d Swede Raymond NELSON
Solicator General
Wild Cat Hudson et al

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

**RE: WRITING SUPPLIES**

Legal Research Associates (LRA) does not provide supplies to inmates such as pens, pencils, writing paper, colored paper, lined "pleading" paper, envelopes, stamps, boxes, or other such materials. In addition LRA cannot assist inmates in obtaining such supplies.

LRA does not supply inmates with "Legal Assistance Request" forms; those are obtained from housing unit staff.

Writing and legal correspondence supplies may be purchased, at inmates' expense, by order from the jail commissary. Commissary order forms may be obtained from a housing unit deputy.

Indigent inmates (those with less than an certain amount designated by jail staff on their accounts) may request paper, pencil, postage, and letter-sized envelopes from Inmate Services. Postage for legal correspondence will be placed on legal mail by mailroom staff after address verification.

All inmates that have been recognized by the courts and the Alameda County Sheriff's Department as being pro per in their criminal or civil case(s) should address **all** questions/requests about their supplies to Inmate Services, using a white message request form.

Thank you.

LRA

WRITING.SUPPLIES/REV033105/CGD