IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SWEDE-RAYMOND NELSON,<br>　　　　Petitioner,<br>　vs.<br>GEORGE BUSH, et al.,<br>　　　　Respondent. | No. C 07-05581 JW (PR)<br><br>JUDGMENT |

　　　　For the reasons stated on the order of dismissal, this case is DISMISSED. Judgment is entered accordingly.

　　　　The clerk shall close the file.

DATED:　January 14, 2008

*James Ware*
JAMES WARE
United States District Judge

Order of Dismissal for Failure to Exhaust State Remedies; Granting IFP
P:\PRO-SE\SJ.JW\HC.07\Nelson5581_judgment.wpd